Before STATE INDUSTRIAL BOARD, Respondent. SYLVESTER DOWLING, Respondent, v. PROGRESSIVE GROCERY STORES and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence of total disability during the period covered by the award. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. EVA DRAGNATTIS, Respondent, v. McGIBBON ENGINEERING AND IRON WORKS and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. ROSE DU BOIS, Respondent, v. GEORGE COHEN, Appellant.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that subdivisions 8 and 9 of section 15 of the Workmen's Compensation Law, requiring payments to the State Treasurer, apply only to insurance carriers and that appellant was not an insurance carrier. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. EMMA EICHHORN, Respondent, v. UNIVERSAL SALES AND SERVICE CORPORATION and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the award is based on the uncorroborated hearsay declarations of the deceased employee. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MRS. HENRY ELLING, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. THOMAS FARRELL, Respondent, v. P. T. COX CONTRACTING COMPANY and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. EDWARD FEENEY, Respondent, v. THOMAS J. GORMAN and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that the Board has found that claimant has an earning capacity but the amount thereof as fixed by the Board is unsupported by the evidence. All concur.

GEORGE FEULNER, Appellant, v. HARRY W. ROBERTS and Another, Doing Business under the Firm Name and Style of HARRY W. ROBERTS & Co., Respondents.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. TIM FOLLETTE, Respondent, v. BETHLEHEM STEEL COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRED FORD, Respondent, v. GEORGE COCHRAN & COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, upon the ground that there is no proof of permanency of injury. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. HJALMAR FREDRIKSEN, Respondent, v. JACOB SCHLESINGER, INC., and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no legal evidence that the claimant suffered a concussion of the brain, or other injury, causing him to be disabled as found. All concur.